PHYLLIS E. MEDER, *Appellant,* v. CC-ME COMPANY, INC., *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 707476, George H. Freese, J., entered April 17, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

EMMA JOHNSON, *Appellant,* v. FLORENCE C. FORBES, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 47743, Robert D. McMullen, J., entered June 5, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN CARLEY SMALL, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 16159, Carl L. Loy, J., entered February 17, 1971. Appeal *dismissed* and judgment *affirmed* by unpublished opinion pursuant to RCW 2.06.040.

THE STATE OF WASHINGTON, *Respondent,* v. JOHN WILLIAM NEWMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 53750, John C. Tuttle, J., entered September 16, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.